1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HELEN HENDERSON,                  )   Case No. EDCV 11-1913 JC
                                  )
                  Plaintiff,      )
                                  )   JUDGMENT
            v.                    )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social            )
Security,                         )
                                  )
                  Defendant.      )
_____ )
                                  )

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is AFFIRMED.

DATED:  May 30, 2012

                                   _____
                                                /s/
                                   Honorable Jacqueline Chooljian
                                   UNITED STATES MAGISTRATE JUDGE