UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN HENDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | ) Case No. EDCV 11-1913 JC<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: May 30, 2012

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE